**Order filed October 15, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00660-CV**

_____

**JUSTIN K. STIEBEL, Appellant**

**V.**

**JAMES RIGGS, Appellee**

**On Appeal from the County Civil Court at Law No 4
Harris County, Texas
Trial Court Cause No. 1138249**

## O R D E R

Appellant's brief was due October 7, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 6, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.